IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


EDILIO DIAZ,

    Petitioner,

v.                                                                  CASE NO. 1:05-cv-186-MP-AK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On this occasion, Petitioner, citing *Booker*, argues that he has been unconstitutionally sentenced in violation of the Fifth and Sixth Amendments of the United States Constitution. *Id*. Having carefully considered the matter, the Court recommends that the petition be transferred to the United States District Court for the Northern District of Alabama.

## BACKGROUND

Petitioner was convicted in the United States District Court for the Northern District of Florida of, *inter alia*, conspiracy to distribute cocaine. *United States v. Diaz*, Cause No. 1:96cr19 (N.D. Fla.). He was sentenced to 292 months imprisonment on that count. Petitioner filed a direct appeal, and his sentence was affirmed on October 1, 2002. He then filed a timely motion to vacate pursuant to § 2255, which was denied on January 24, 2003. Petitioner's appeal was unsuccessful.

The instant petition, entitled "Petition for Writ of Habeas Corpus," was originally filed in

Petitioner's criminal case as a § 2255 motion. However, with Petitioner's invocation of the "'savings clause' of Title 28, United States Code § 2255," it is clear that this is actually a habeas corpus petition under 28 U.S.C. § 2241, which is the avenue for relief provided by the savings clause of § 2255 when a motion to vacate is "inadequate or ineffective to test the legality of...detention."

Because Petitioner is incarcerated at FCI Talladega, the ultimate decision regarding the merits of this petition cannot be made by this Court, as § 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated. *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir.1991).

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Northern District of Alabama for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this 6th day of December, 2005.

                                s/A. Kornblum
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**