IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDILIO DIAZ,

       Petitioner,

v.                                          CASE NO. 1:05-cv-00186-MP-AK

UNITED STATES OF AMERICA,

       Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Northern District of Alabama for all further proceedings.   In the first sentence of his petition, Mr. Diaz expressly states that he is seeking relief pursuant to the "savings clause" of § 2255.  The Court agrees with the Magistrate Judge that such a petition is properly considered a petition under 28 U.S.C. § 2241, which can only be brought in the district of incarceration, which is the Northern District of Alabama in this case.  Nothing in petitioner's objections compels a contrary result.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

    1.      The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.      The Clerk is directed to transfer this case to the Northern District of Alabama.

      **DONE AND ORDERED** this   *4th* day of January, 2006



           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge